UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:06CV957 HEA |
| GREG FLERLAGE and CHRISTIE FLERLAGE, Officers of BENCO LANDSCAPE CONSTRUCTION, INC., | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that a status conference is set in this matter for Monday, May 17, 2010, at 11:30 a.m. in the courtroom of the undersigned.

Dated this 17th day of March, 2010.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE